COMMONWEALTH of Pennsylvania, Respondent

v.

James Hunter SPENCE, Petitioner

No. 517 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: September 25, 2017

### ORDER

PER CURIAM

**AND NOW,** this 25th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED** and the decision of the Superior Court is **REVERSED.** *See Com-*